# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 09-CR-4178-JM |
| Plaintiff | |
| vs. | **ORDER FOR CONTINUANCE** |
| JESUS FELIPE BOJORQUEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing presently set for Friday, March 26, 2010, at 9:00 a.m. be continued until ***Friday, May 14, 2010 at 9:00 a.m.*** The order accepting plea was entered on December 15, 2009. The defendant, Jesus Felipe Bojorquez is out on bond and an acknowledgment of next court date will be filed with the court.

**IT IS SO ORDERED.**

**DATED: March 23, 2010**

_____
**Hon. Jeffrey T. Miller
United States District Judge**